UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVAULTA PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2187

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−20)

On October 12, 2010, the Panel transferred 21 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* 746 F.Supp.2d 1362 (J.P.M.L. 2010). Since that time, 63 additional
action(s) have been transferred to the Southern District of West Virginia. With the consent of that
court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of West Virginia for the reasons stated in the order of October 12, 2010, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 10, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

AUG 1 0 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**IN RE: AVAULTA PELVIC SUPPORT SYSTEMS**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 2187

## SCHEDULE CTO−20 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**GEORGIA NORTHERN**

| GAN | 1 | 11−02152 | Puhl et al v. C.R. Bard, Inc. et al |
| GAN | 1 | 11−02419 | Olmos et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11−02459 | Saarela v. C. R. Bard, Inc. et al |
| GAN | 1 | 11−02460 | Lindsey et al v. C. R. Bard, Inc. |
| GAN | 1 | 11−02461 | Porter et al v. C. R. Bard, Inc. et al |

**IOWA NORTHERN**

| IAN | 6 | 11−02031 | Allen v. CR Bard, Inc |

**MISSISSIPPI NORTHERN**

| MSN | 3 | 11−00069 | Mayo et al v. C. R. Bard, Inc. et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/10/2011 at 9:10 AM EDT and filed on 8/10/2011

| | |
|---|---|
| Case Name: | IN RE: Avaulta Pelvic Support Systems Products Liability Litigation |
| Case Number: | MDL No. 2187 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20)
Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in
GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in
GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in
MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419,

GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| Case Name: | Mayo et al v. C. R. Bard, Inc. et al |
| Case Number: | MSN/3:11-cv-00069 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| Case Name: | Puhl et al v. C.R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02152 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| Case Name: | Saarela v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02459 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Allen v. CR Bard, Inc |
| Case Number: | IAN/6:11-cv-02031 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Olmos et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02419 |
| Filer: | |
| Document | |

**Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| **Case Name:** | Porter et al v. C. R. Bard, Inc. et al |
| **Case Number:** | GAN/1:11-cv-02461 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any

party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| **Case Name:** | Lindsey et al v. C. R. Bard, Inc. |
| **Case Number:** | GAN/1:11-cv-02460 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

No public notice (electronic or otherwise) sent because the entry is private


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/10/2011 at 9:07 AM EDT and filed on 8/10/2011

| | |
|---|---|
| Case Name: | IN RE: Avaulta Pelvic Support Systems Products Liability Litigation |
| Case Number: | MDL No. 2187 |
| Filer: | |
| Document Number: | 113 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1
in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in
GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL
No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this
time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419,
GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031,
MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Mayo et al v. C. R. Bard, Inc. et al |
| Case Number: | MSN/3:11-cv-00069 |
| Filer: | |

Document
Number:       3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| Case Name: | Puhl et al v. C.R. Bard, Inc. et al |
|---|---|
| Case Number: | GAN/1:11-cv-02152 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| Case Name: | Saarela v. C. R. Bard, Inc. et al |
|---|---|
| Case Number: | GAN/1:11-cv-02459 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1

*in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Allen v. CR Bard, Inc |
| Case Number: | IAN/6:11-cv-02031 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Olmos et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02419 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Porter et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02461 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Lindsey et al v. C. R. Bard, Inc. |
| Case Number: | GAN/1:11-cv-02460 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031,

**MDL No. 2187 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, slh@bbgbalaw.com

Lawrence J Tweel larry@greeneketchum.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2187 Notice will not be electronically mailed to:**

**MSN/3:11-cv-00069 Notice has been electronically mailed to:**

Mark W Davis markdavis@daviscrump.com

Martin Daniel Crump martincrump@davisandfeder.com

**MSN/3:11-cv-00069 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02152 Notice has been electronically mailed to:**

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

Charles Matthew Smith msmith@weathingtonfirm.com

**GAN/1:11-cv-02152 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02459 Notice has been electronically mailed to:**

**GAN/1:11-cv-02459 Notice will not be electronically mailed to:**

**IAN/6:11-cv-02031 Notice has been electronically mailed to:**

James H Cook cookj@wloolaw.com, knoxc@wloolaw.com

**IAN/6:11-cv-02031 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02419 Notice has been electronically mailed to:**

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-02419 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02461 Notice has been electronically mailed to:**

**GAN/1:11-cv-02461 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02460 Notice has been electronically mailed to:**

Richard B. North richard.north@nelsonmullins.com

**GAN/1:11-cv-02460 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/10/2011]
[FileNumber=210128-0]
[74b080d0c6c46bbd3a32ab96db9cd28242b4ad176a93737b1efc4bde673eed63fdae
8
e874684beb2d1fc63b3f838c7803b49dee8a5afcb72177a0d8c9ead33e6]]